UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                          :

LUIGI GIROTTO,                              :

                                    :

               Plaintiff,             :

                                    :             23 Civ. 4007 (JPC)

            -v-                      :

                                    :              <u>ORDER</u>

LE SPORTSAC, INC., a Nevada corporation d/b/a  :
LESPORTSAC-GREENE ST., and SOHO GREENE   :
STREET, LLC, a New York limited liability company,  :

                                    :

              Defendants.           :

                                    :

-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       On August 23, 2023, Plaintiff filed an Amended Complaint and served Defendant with a copy of the Amended Complaint. Dkts. 17-18. Defendant's deadline to respond to the Amended Complaint was therefore September 6, 2023. *See* Fed. R. Civ. P. 15(a)(3). That deadline has passed, and the docket does not reflect a response to the Amended Complaint from Defendants. Accordingly, the Court extends *sua sponte* Defendants' deadline to respond to the Amended Complaint until October 13, 2023. If Defendant once again fails to respond to the Amended Complaint by its deadline to do so, Plaintiff should seek a Certificate of Default by October 20, 2023.

       SO ORDERED.

Dated: October 10, 2023
       New York, New York                   _____
                                              JOHN P. CRONAN
                                       United States District Judge