UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
LUIS GIROTTO,                                                        :
:
                  Plaintiff,                           :
:        23 Civ. 4007 (JPC)
     -v-                                                         :
:        <u>ORDER</u>
LE SPORTSAC, INC., a Nevada corporation d/b/a                        :
LESPORTSAC-GREENE ST., and SOHO GREENE                               :
STREET, LLC, a New York limited liability company,                   :
:
                  Defendants.                          :
:
---------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

     The Court has been informed that the parties to this case have reached a settlement governing all issues in dispute between them. Unless this case has already been dismissed by that date, the parties are ordered to submit a status letter by December 7, 2023, updating the Court on what progress has been made towards finalizing the settlement.

     SO ORDERED.

Dated: November 7, 2023
       New York, New York
                                                       JOHN P. CRONAN
                                                       United States District Judge