```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
LUIS GIROTTO,                                                          :
                                                                       :
                          Plaintiff,                                   :
                                                                       :    23 Civ. 4007 (JPC)
            -v-                                                        :
                                                                       :          ORDER
LE SPORTSAC, INC., a Nevada corporation d/b/a                          :
LESPORTSAC-GREENE ST., and SOHO GREENE                                 :
STREET, LLC, a New York limited liability company,                     :
                                                                       :
                          Defendants.                                  :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On November 17, 2023, the parties filed a "Notice of Settlement" advising the Court "that settlement has been reached in" this case and that the parties intended to file a stipulation of dismissal with prejudice.  *See* Dkt. 27.  No such stipulation of dismissal has been filed.  However, in light of the information provided in the parties' November 17, 2023 letter that this case has settled, the Court intends to issue an order dismissing this action without costs and without prejudice to restoring the action to the Court's calendar provided an application is made within thirty days, unless either party informs the Court within seven days of this Order that they prefer the Court not issue such a dismissal order.  Any pending motions are denied as moot and any conferences are adjourned *sine die*.

     SO ORDERED.

Dated: December 11, 2023  
      New York, New York  
                                          JOHN P. CRONAN  
                                    United States District Judge